


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
APRIL 9, 2019 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-cr-00105

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)(i)

CORTNEY SHELTON
   also known as "Johnny on the Spot"
   also known as "BD"

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE
(Distribution of Heroin)

On or about November 16, 2017, at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
### (Distribution of Heroin)

On or about March 26, 2018, at approximately 4:23 p.m., at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
(Distribution of Heroin)

On or about March 26, 2018, at approximately 6:19 p.m., at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
**(Possession with Intent to Distribute Heroin and Cocaine Base)**

On or about March 27, 2018, at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," knowingly and intentionally possessed with the intent to distribute a quantity of heroin, a Schedule I controlled substance, and 28 grams or more of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
### (Felon in Possession of Firearms)

1. On or about March 27, 2018, at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," did knowingly possess the following firearms, that is:

   a. a Springfield, model XD-40, .40 caliber pistol; and

   b. a Rossi, model M58, .38 caliber revolver.

in and affecting interstate commerce.

2. At the time defendant SHELTON possessed the aforesaid firearms, he had been convicted of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about July 14, 2015, in the Circuit Court of Cook County, Illinois, of Aggravated Discharge of a Firearm, in violation of 720 ILCS § 5/24-1.2(a)(2).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX
**(Possession of Firearms in Furtherance of Drug Trafficking)**

On or about March 27, 2018, at or near Scarbro, Fayette County, West Virginia, within the Southern District of West Virginia, defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," did knowingly possess the following firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin and cocaine base, in violation of Title 21, United States Code, Section 841(a)(1):

1. a Springfield, model XD-40, .40 caliber pistol; and
2. a Rossi, model M58, .38 caliber revolver.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant CORTNEY SHELTON, also known as "Johnny on the Spot," also known as "BD," of a knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as set forth in this Indictment, defendant SHELTON shall forfeit to the United States any firearm and ammunition involved in or used in such a firearm offense, including, but not limited to, a Rossi, model M58, .38 caliber revolver, serial number AA473358, seized on or about March 27, 2018.

MICHAEL B. STUART
United States Attorney

By: *[signature]*
ANDREW J. TESSMAN
Assistant United States Attorney